Craig A. Crispin, OSB No. 824852
crispin@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAW PC**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766
	Appointed Limited Purpose Pro Bono Counsel

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **KIMBERLY M. MITCHELL** | Case No.: 3:18-cv-01000-AC |
| Plaintiff(s), | |
| v. | |
| **PATRICK R. DONAHUE, Postmaster General of the United States Postal Service,** | MOTION TO TERMINATE PRO BONO APPOINTMENT |
| Defendant. | |

By Order dated July 3, 2018, this Court appointed the undersigned as pro bono counsel for the purpose of aiding plaintiff in the formulation and filing of an amended complaint. That limited purpose appointment has now been completed, and the undersigned hereby requests to be terminated as counsel.

Respectfully submitted September 17, 2018.

	CRISPIN EMPLOYMENT LAW PC

	By:	  s/ Craig A. Crispin
		Craig A. Crispin OSB No. 824852
		Appointed Limited Purpose Pro Bono Counsel

# CERTIFICATE OF SERVICE

I certify that on September 17, 2018, I served a full, true, and correct copy of the foregoing **MOTION TO TERMINATE PRO BONO APPOINTMENT** upon plaintiff Kimberly Mitchell by electronic mail to 'Kimberly Mitchell' <Kimkitty3@hotmail.com> and by first-class mail, postage prepaid to:

>Ms. Kimberly M. Mitchell
>1218 W. HCR Hwy
>Troutdale, OR 97060

CRISPIN EMPLOYMENT LAWYERS

By: s/Jackie Burnett
Jackie Burnett, Paralegal

Page 1 – CERTIFICATE OF SERVICE

CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: 503.293.5770